UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIVA RAMA RAO KOTAPATI,<br><br>Plaintiff,<br><br>v.<br><br>HAE YOUNG KIM, and ALL OTHER OCCUPANTS,<br><br>Defendants. | Case No. C17-118-JCC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Defendant Hae Young Kim, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 2. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Defendant Hae Young Kim's application to proceed IFP (Dkt. 2) is GRANTED. Defendant does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

DATED this 27th day of January, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1