THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIVA RAMA RAO KOTAPATI, | CASE NO. C17-118-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAE YOUNG KIM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration on the orders denying his affidavit of prejudice and bias (Dkt. No. 23). This Court denied Defendant's affidavit of prejudice and bias (Dkt. No. 19) and, in accordance with Local Civil Rule 3(e), referred his affidavit, (Dkt. No. 16), to Judge Martinez, (Dkt. No. 21). Judge Martinez affirmed this Court's decision. (Dkt. No. 22.) The Court now DIRECTS the Clerk to REFER the motion for reconsideration (Dkt. No. 23) to Judge Martinez.

DATED this 9th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk